**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| CALUMET MONTANA REFINING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL S. REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency, <br><br> Defendant. | No. CV-23-16-GF-BMM <br><br> **ORDER OF DISMISSAL** |

Upon reading and filing of the Parties' Joint Stipulation of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and good cause appearing, IT IS HEREBY ORDERD that this action is dismissed without prejudice as to all claims, defenses, and parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing its own costs and attorneys' fees.

Dated this 16th day of August, 2023.

_____
Brian Morris, Chief District Judge
United States District Court